## CALIFORNIA SOUTHERN R. CO. v. COLTON L. & W. CO.

### No. 9191; July 25, 1884.

APPEAL from the Superior Court of San Bernardino County.

MYRICK, J.—Upon the authority of California Southern R. R. Co. v. Kimball, 61 Cal. 90, the judgment and order are affirmed.

We concur: Sharpstein, J.; Thornton, J.; Ross, J.